IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:96-CR-077J |
| v. ) | |
| ) | |
| ) | **ORDER** |
| WILLIAM OXX, et al., ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \*

On June 1, 1998, the United States, through Assistant United States Attorney Mark Y. Hirata, requested the release of a videotape identified as Plaintiff's Exhibit 2a and introduced as evidence in the above-captioned matter. This request was based on the United States' wish to use the exhibit in a related misdemeanor trial scheduled to begin before Magistrate Judge Alba on June 2, 1999. The court, finding good cause appearing, grants the United States' request and hereby releases the videotape marked as Plaintiff's Exhibit 2a to the custody of Assistant United States Attorney Hirata. The United States is directed to return the videotape to Judge Jenkins' chambers immediately upon completion of testimony in the case before Magistrate Judge Alba.

**SO ORDERED.**

BY THE COURT:

BRUCE S. JENKINS
United States Senior District Judge


ce

United States District Court
for the
District of Utah
June 23, 1999


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:  2:96-cr-00077



True and correct copies of the attached were mailed by the clerk to the following:


    Mr. Stewart C. Walz, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Fred M. Morelli Jr., Esq.
    MORELLI COOK & PETERSEN
    403 W GALENA BLVD
    AURORA, IL  60506
    JFAX 8,630,8920479

    Mr. Thomas R Patton, Esq.
    ALDRICH NELSON WEIGHT & ESPLIN
    43 E 200 N
    PO BOX L
    PROVO, UT  84603-0200